

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW KEITH PRICE and<br>BOBBI MAUCK,<br><br>Defendants. | CR 16-68-BLG-SPW-3<br><br>ORDER |

This Court held a hearing on the issues raised in Defendant, Bobbi Mauck's letter to the Court (Doc. 36) on October 5, 2016. Defendant complained she was having medical problems, some of which are long-standing, that were not be addressed by the Yellowstone County Detention Facility ("YCDF"), the Basin County, Wyoming facility, or the U.S. Marshals Service.

At the Court's request, Supervisory Deputy U.S. Marshal Tim Hornung looked into the matter regarding Defendant's medical issues. Deputy U.S. Marshal Hornung informed the Court that Defendant had been seen by YCDF's medical service provider, Riverstone Health, on September 7, 2016. Defendant was seen by the Basin County facility's medical services provider on September 15, 2016. At the hearing, Defendant did inform the Court she had been prescribed a new medication while at the Basin County facility.

Based upon Deputy U.S. Marshal Hornung's investigation, this Court finds that Defendant's complaints regarding her medical issues not being addressed while she is in custody are without merit.

Accordingly;

IT IS HEREBY ORDERED there is no reason to keep Defendant at YCDF, and she may be transported back to the Basin County facility at the U.S. Marshal Service's convenience.

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this 6th day of October, 2016.

SUSAN P. WATTERS
United States District Judge